Pacific Law Partners, LLP
15615 Alton Parkway, Suite 240
Irvine, CA 92618
(949) 242-2441 - Facsimile (949) 242-2446

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SLUTSKE, an individual ) | Case No.: 2:19-cv-02080-JFW(JPRx) |
| ) | |
| Plaintiff, ) | **JUDGMENT** |
| ) | |
| v ) | |
| ) | |
| STATE FARM MUTUAL UTOMOBILE ) | |
| INSURANCE COMPANY, AN ) | |
| ILLINOIS CORPORATION. ) | |
| ) | |
| Defendants. ) | |

IT IS ORDERED AND ADJUDGED that State Farm's Motion for Summary Judgment is GRANTED, that Judgment be entered in favor of Defendant State Farm Mutual Automobile Insurance Company, the action be dismissed on the merits, and that Defendant State Farm Mutual Automobile Insurance Company recover its costs.

Dated: December 2. 2019

Honorable John F. Walter
United States District Court

1
JUDGMENT